UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANA ALVARADO and CILTIA BAQUEDANO,
on behalf of themselves and all others similarly
situated, and EYMI MORENO, and
MARIA VALLE, individually,

                          Plaintiffs,                  JUDGMENT

v.                                                      23-cv-4338 (MKB)(AYS)

CLARVALU, INC. d/b/a MOLLY MAID OF
CENTRAL NASSAU COUNTY and
ROBERT STERBENS, individually,

                          Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 18, 2024; and Defendants Clarvalu, Inc. and Robert Sterbens, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs Ana Alvarado, Ciltia Baquedano, Eymi Moreno, and Maria Valle in the total amount of Thirty-Five Thousand Dollars ($35,000.00), inclusive of all of Plaintiffs' claims for relief in this action, damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs and disbursements; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs Ana Alvarado, Ciltia Baquedano, Eymi Moreno, and Maria Valle and against Defendants Clarvalu, Inc. and Robert Sterbens in the total amount of Thirty-Five Thousand Dollars ($35,000.00), inclusive of all of Plaintiffs' claims for relief in this action, damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs and disbursements.

Dated: Brooklyn, New York                                                Brenna B. Mahoney
       January 19, 2024                                                    Clerk of Court

                By:    */s/Jalitza Poveda*
                      Deputy Clerk